UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW E. ORSO, as successor
trustee to Kenneth D. Bell in his
capacity as court-appointed
receiver for Rex Venture Group, LLC,

    Plaintiff,

v.   Case No. 8:21-mc-44-TPB-CPT

RICHARD IRELAND,

    Defendant.
_____/

IRELAND BOYS PRODUCTIONS LLC,

    Garnishee.
_____/

**O R D E R**

    Before the Court is a *Motion for Issuance of Continuing Writ of Garnishment* filed by Nationwide Judgment Recovery, Inc. (Nationwide), as assignee of Plaintiff Matthew E. Orso, who is the successor trustee to Kenneth D. Bell in his capacity as the court-appointed receiver for Rex Venture Group, LLC.  (Doc. 18).  By way of its motion, Nationwide seeks a writ to assist it in satisfying an August 14, 2017, Judgment in the amount of $18,319.86 entered in Bell's favor in the Western District of North Carolina

against a defendant class, including Defendant Richard Ireland. (Docs. 1, 1-1, 18). According to Nationwide's motion, that Judgment—which has since been registered in the Middle District of Florida—remains unsatisfied, and Garnishee Ireland Boys Productions LLC, as Ireland's employer, is in possession of salary or wages belonging to Ireland sufficient to satisfy the Judgment either in whole or in part. (Doc. 18).

Pursuant to Federal Rule of Civil Procedure 69, the Court looks to the procedures of Florida law governing the execution of a judgment in addressing motions for writs of garnishment. Fed. R. Civ. P. 69(a). Those procedures are found in Chapter 77 of the Florida Statutes and allow for the recovery of a money judgment via such a writ.

Where, as here, a judgment debtor's salary or wages are to be garnished to satisfy a judgment, a court may issue a continuing writ of garnishment to the judgment debtor's employer. Fla. Stat. § 77.0305. Such a continuing writ provides for the "periodic payment of a portion of the salary or wages of the judgment debtor as the salary or wages become due until the judgment is satisfied or until otherwise provided by court order." *Id.*

In light of the above, it is hereby ORDERED:

1. Nationwide's *Motion for Issuance of Continuing Writ of Garnishment* (Doc. 18) is granted.

2. The Clerk of Court is directed to issue the continuing writ of garnishment included with Nationwide's motion upon Garnishee Ireland Boys Productions LLC (Doc. 18-1). The continuing writ of garnishment shall include copies of this Order,

the registered Judgment, Nationwide's motion, and the notice to Ireland (Docs. 1, 18, 18-2).

3.  Nationwide is directed to comply with the requirements of Chapter 77 of the Florida Statutes.

SO ORDERED in Tampa, Florida, this 7th day of March 2022.

*Christopher P. Tuite*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record